■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PATRICK GRIFFITH, Also Known as PATRICK GRIFFIN, Appellant. [654 NYS2d 603] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Egitto, J.), rendered January 5, 1995, convicting him of murder in the second degree, criminal possession of a weapon in the second degree, and criminal possession of a weapon in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution *(see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence *(see,* CPL 470.15 [5]).

The sentence imposed is not excessive *(see, People v Suitte,* 90 AD2d 80).

The defendant's remaining contentions are either not preserved for appellate review or without merit. Bracken, J. P., Ritter, Santucci and Altman, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM HICKS, Appellant. [654 NYS2d 593] —Appeal by the defendant from a judgment of the County Court, Orange County (Pano Z. Patsalos, J.), rendered January 12, 1996.

Ordered that the judgment is affirmed *(see, People v Kazepis,* 101 AD2d 816). Miller, J. P., Thompson, Joy and Luciano, JJ., concur.